IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN LEE FIRESTONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-1404-JWL |
| ) | |
| HAWKER BEECHCRAFT INT'L ) | |
| SERVICE COMPANY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR THE RETURN OF PROPERTY**

Plaintiff Justin Firestone seeks an order directing defendant Hawker Beechcraft Company to return personal property that he had produced for the purpose of inspection.

Defendant sought production of particular USB drives that had allegedly been attached to the laptop computer that Mr. Firestone used during his employment by Hawker. By order dated July 18, 2011, the court directed plaintiff to produce drives sought by Hawker. On July 25, 2011, Firestone produced all eight of the USB devices in his possession, including devices that were clearly beyond the scope of the order.[1] Such devices were produced to establish unquestionably that all drives within Mr. Firestone's possession and control had been produced. They included a device containing personal medical information,

---

[1] Firestone depo. at 213-220

unused drives, and drives that contained information predating Firestone's employment with Hawker.[2]

The court's order directed plaintiff to provide such drives for the purpose of inspection. Defendant has now had over five months to conduct it's inspection of the drives. Despite numerous requests for return of the drives, defendant has retained possession of them.[3] Defendant indicated that it had conducted testing of the drives as early as August 2, and it has provided no justification to continue to withhold Mr. Firestone's personal property. Therefore, plaintiff asks the court for an order directing the defendant to return his personal property, consisting of eight USB flash drives.

                                   Respectfully Submitted,

                                   JOLLEY WALSH HURLEY
                                    RAISHER & AUBRY, P.C.
                                 204 W. Linwood Blvd.
                                 Kansas City, MO 64111
                                 816-561-3755
                                 816-561-9355 (fax)
                                 jolleyw@swbell.net

                                 By:

                                  /s/ Donald R. Aubry
                                   Donald R. Aubry

---

[2] See Exhibit A. July 25 letter.
[3] See Exhibit B, e-mail correspondence

## CERTIFICATE OF SERVICE

Counsel certifies that the above document was served on counsel for defendants on this 30th day of December, 2011 via the court's electronic filing system.

                                        /s/ Donald R. Aubry
                                        Donald R. Aubry